IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE LOREDO,

        Petitioner,                           No. 2:13-cv-0260 KJN P

    vs.

CONNIE GIPSON, Warden,

        Respondent.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was convicted in the Tulare County Superior Court. Petitioner claims he is not challenging his conviction, but is challenging the execution of his sentence at California State Prison, Corcoran, in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED: February 15, 2013

10

11  _____
    KENDALL J. NEWMAN
12  UNITED STATES MAGISTRATE JUDGE

13  lore0260.109